# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Caroleng Investments Limited**

vs.

**Bluestone Resources, Inc.**

Action No:   7:23-cv-10010
Date:   1/3/2024
Judge:   Robert S. Ballou
Court Reporter:   M. Butenschoen
Deputy Clerk:   K. Brown

Plaintiff Attorney(s)
Steven L. Higgs
Zachary E. Mazur

Defendant Attorney(s)
Aaron Houchens

Jamie Wood- 1st Source Bank
Michael Hastings- 1st Source Bank

PROCEEDINGS:
2:02
Parties present and represented by counsel.   All parties present on screen.
Court addresses parties regarding discrepancies in the proper identification of the helicopter in question.
Oral argument in re: [13] MOTION to Stay Writ Issued by Bluestone Resources, Inc.
Order forthcoming.
Adjourned.
2:37

Time in Court: 35 min