**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carelong Investments Limited | 1:23MC10 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bluestone Resources, Inc. | Supplemental Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2009 Bell Hellicopter Textron Canada Model 427, Serial No. 56079 FAA:N375JC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Roanoke-Blacksburg Regional Airport, 5202 Aviation Drive NW, Roanoke, VA and environs

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sarachek Law Firm
c/o Zachary E. Mazur, Esq.
670 White Plains Road, FI, PH, Scarsdale, NY 10583

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Attorneys to Judgment Creditor: Steven Higgs (VA) (540) 400-7990; Zachary E. Mazur (NY) (646) 519-4396; P. George Ellades, II (VA) (804)541-1941

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT
*Felicia Clark, Courtroom Deputy*

TELEPHONE NUMBER: 276-628-5116
DATE: 9/5/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 084 | No. 084 | *Julia Jernigan* | 10/05/2023 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 3/6/2024 | 0941 | ☒ am ☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0 | | | | | |

REMARKS

Matter was resolved between parties with no services executed buy the USMS.

Returned Unexecuted.

## RETURN OF SERVICE

DATE RECEIVED: _____ TIME RECEIVED: _____

DATE OF LEVY:

_____

PROPERTY SEIZED PURSUANT TO LEVY:

_____
_____
_____
_____

FEES, COSTS, AND EXPENSES:

_____
_____

The writ was received and executed

_____

U.S. MARSHAL                              (BY) DEPUTY U.S. MARSHAL

4

Caroleng Investments Limited v. Bluestone Resources, Inc.

**WRIT OF EXECUTION** — Case no: 1:2023mc00010 (Zachary E. Mazur, Esq., J. Creditor)

| UNITED STATES DISTRICT COURT | District WESTERN DISTRICT OF VIRGINIA |
|---|---|

| TO THE MARSHAL OF: THE WESTERN DISTRICT OF VIRGINIA |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|
| NAME<br><br>Bluestone Resources, Inc. |
| you cause to be made and levied as well a certain debt of |
| DOLLAR AMOUNT<br><br>$10,132,520.20, plus interest at the simple rate of 9% per annum from May 13, 2020 until payment |
| in the United States District Court for the Western District of Virgnia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,<br><br>Bluestone Resources, Inc. |
| and also the costs that may accrue under this writ.<br>    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you. |

| PLACE  U.S. District Courthouse | DISTRICT  Western District of Virginia |
|---|---|
| CITY  Abingdon, VA | DATE |

| Witness the Honorable | James P. Jones |
|---|---|
| | *(United States Judge)* |

| DATE<br>9/28/23 | CLERK OF COURT  Laura A. Austin |
|---|---|
| | (BY) DEPUTY CLERK  *Felicia L. Clark* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| This writ was received and executed. | |
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |